*Cromer, Respondent, v. Thorn, Petitioner*, No. 92494-5. Petition for review of a decision of the Court of Appeals, No. 32585-7-III, August 11, 2015, 189 Wn. App. 1032. *Denied* March 30, 2016.

*Barstad, Petitioner, v. Dep't of Corr., Respondent*, No. 92496-1. Petition for review of a decision of the Court of Appeals, No. 47669-0-II, November 3, 2015, 191 Wn. App. 1003. *Denied* March 30, 2016.

*Wall et al., Petitioners, v. State et al., Respondents*, No. 92497-0. Petition for review of a decision of the Court of Appeals, No. 46641-4-II, August 26, 2015, 189 Wn. App. 1046. *Denied* March 30, 2016.

*Muhl, Respondent, v. Davies Pearson, PC, Petitioner*, No. 92510-1. Petition for review of a decision of the Court of Appeals, No. 46602-3-II, October 20, 2015, 190 Wn. App. 1038. *Denied* March 30, 2016.

*State, Petitioner, v. Thierry, Respondent*, No. 92514-3. Petition for review of a decision of the Court of Appeals, No. 45379-7-II, October 20, 2015, 190 Wn. App. 680. *Denied* March 30, 2016.

*State, Respondent, v. Weatherman, Petitioner*, No. 92530-5. Petition for review of a decision of the Court of Appeals, No. 46328-8-II, October 27, 2015, 190 Wn. App. 1043. *Denied* March 30, 2016.

*State, Respondent, v. Lopez Soto, Petitioner*, No. 92532-1. Petition for review of a decision of the Court of Appeals, No. 32606-3-III, October 15, 2015, 190 Wn. App. 1034. *Denied* March 30, 2016.

*State, Respondent, v. Robison, Petitioner*, No. 92534-8. Petition for review of a decision of the Court of Appeals, No. 32059-6-III, October 20, 2015, 190 Wn. App. 1039. *Denied* March 30, 2016.